UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 15-23806-CIV-ALTONAGA/O'Sullivan

ROBERTO JOSE HUETE,

    Plaintiff,

v.

ARGUELLO DELIVERY AND CARGO CORPORATION, et al.,

    Defendants.

**PLAINTIFF'S STATEMENT OF CLAIM**

**COMES NOW** Plaintiff, by and through undersigned counsel, pursuant to the Court Orders entered on October 13, 2015 [D.E. 5], and Plaintiff's Initial Complaint filed October 12, 2015 [D.E. 1], and hereby files Plaintiff's Statement of Claim. In support thereof, Plaintiff states as follows:

**A. Federal Overtime Wage Claim:**

1. Period Claimed: October 12, 2012 – July 1, 2015

    a. Weeks: 141 (rounded down)

    b. Hours worked per week on average: 50

    c. Average hours over 40 worked per week: 10

    d. Average hourly wage paid: $13.75

    e. Applicable time-and-a-half-time overtime wage per hour: $20.62

    f. Overtime wages owed: $20.62/hr. x 10 hrs./week x 141 weeks = $29,074.20.

  Liquidated Damages: $29,074.20 x 2 = $58,148.40.

Respectfully submitted this October 27, 2015.

> J.H. Zidell, P.A.
> 300 71st Street, Suite 605
> Miami Beach, Florida 33141
> Tel: (305) 865-6766
> Fax: (305) 865-7167
> *Attorneys for Plaintiff*
>
> By: /s/ Julia M. Garrett
> Julia M. Garrett, Esq.
> jgarrett.jhzidellpa@gmail.com
> Florida Bar Number: 105151

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on October 27, 2015, and that no attorney has appeared on behalf of Defendants as of this filing.

> J.H. Zidell, P.A.
> 300 71st Street, Suite 605
> Miami Beach, Florida 33141
> Tel: (305) 865-6766
> Fax: (305) 865-7167
> *Attorneys for Plaintiff*
>
> By: /s/ Julia M. Garrett
> Julia M. Garrett, Esq.
> jgarrett.jhzidellpa@gmail.com
> Florida Bar Number: 105151