UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-23806-Altonaga/O'Sullivan

ROBERTO JOSE HUETE, and all others
similarly situated under 29 U.S.C. 216(b)
    Plaintiff,

vs.

ARGUELLO DELIVERY AND CARGO
CORPORATION and GUSTAVO A.
ARGUELLO,

    Defendants
_____/

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

Defendants, Arguello Delivery and Cargo Corporation and Gustavo A. Arguello (the "Arguello Defendants"), through their undersigned counsel, file their Answer and Affirmative Defenses and in support thereof state:

1. Arguello Defendants admit that the Plaintiff has brought an action under the Fair Labor Standards Act as alleged in paragraph 1.

2. Arguello Defendants are without knowledge as to the allegations of paragraph 2 but to the extent an answer is required, the allegations are denied.

3. Arguello Defendants admit the Arguello Delivery and Cargo Corporation is a corporation and does business in Miami-Dade County, but denies the remaining allegations of paragraph 3.

4. Arguello Defendants admit that Gustavo A. Arguello is a corporate officer of Arguello Delivery and Cargo Corporation but denies the remaining allegations of paragraph 4.

5. Arguello Defendants admit that the alleged dispute is in Miami-Dade County as alleged in paragraph 5, but denies that there has been any omissions.

6. Arguello Defendants admit that the Plaintiff has brought an action under the Fair Labor Standards Act but denies all the remaining allegations of paragraph 6.

7. Arguello Defendants deny that this Court has jurisdiction over this case as alleged in paragraph 7 as the amount of the Arguello Defendants sales are less than $500,000 divesting this Court of jurisdiction.

8. Arguello Defendants admit that the Plaintiff has incorporated a portion of the Fair Labor Standards Act as alleged in paragraph 8.

9. Arguello Defendants deny the allegations of paragraph 9.

10. Arguello Defendants deny the allegations of paragraph 10.

11. Arguello Defendants deny the allegations of paragraph 11.

12. Arguello Defendants deny the allegations of paragraph 12.

13. Arguello Defendants deny the allegations of paragraph 13.

14. Arguello Defendants deny the allegations of paragraph 14.

15. Arguello Defendants deny the allegations of paragraph 15.

16. Arguello Defendants deny the allegations of paragraph 16.

17. Any and all allegations not specifically admitted to are hereby denied and strict proof demanded thereof.

## **AFFIRMATIVE DEFENSES**

18. As for their first affirmative defense, the Arguello Defendants state that its annual sales do not exceed the sum of $500,000 such that the Fair Labor Standards Act ("FLSA") does not apply to the Arguello Defendants. As such, this Court does not have jurisdiction and this cause should be dismissed.

19. As for their second affirmative defense, the Arguello Defendants state that pursuant to Section 13(b)(1) of the FLSA, the motor carrier exception, they are exempt from overtime under the FLSA as Arguello Delivery and Cargo Corporation is a motor carrier as defined in 49 U.S.C. Section 13102, Plaintiff was a driver who duties affected the safety of operation of motor vehicles in transportation on public highways and the small vehicle exception does not apply.

20. As for their second affirmative defense, the Arguello Defendants state that Plaintiff's claims are barred to the extent that Plaintiff did not work more than forty (40) hours in one workweek.

21. As for their third affirmative defense, the Arguello Defendants state that Plaintiff's claims are barred in whole or in part by the fact that Plaintiff was conducting personal and other business activities during the hours he was ostensibly and supposedly performing work for the Arguello Defendants.

22. As for their fourth affirmative defense, the Arguello Defendants state that the Plaintiff cannot establish that the Arguello Defendants engaged in willful conduct within the meaning of the FLSA.

23. As for their fifth affirmative defense, the Arguello Defendants state that the Plaintiff is not entitled to liquidated damages because any alleged acts or omissions of the Arguello Defendants were undertaken or made in good faith, and Defendants had reasonably grounds for believing that their acts or omissions did not violate the FLSA.

24. As for their sixth affirmative defense, the Arguello Defendants state that the claim of the Plaintiff may be barred by the doctrines of payment, setoff, accord and satisfaction, and/or release.

25. As for their seventh affirmative defense, the Arguello Defendants state that the Plaintiff cannot satisfy the requirements for a class action.

26. As for their eighth affirmative defense, the Arguello Defendants state that to the extent that additional Plaintiffs are added they hereby reserve the right to file and assert any and all additional affirmative defenses that may apply to additional opt-ins, based on knowledge and/or information to justify a belief therein.

**WHEREFORE**, Defendants, Arguello Delivery and Cargo Corporation and Gustavo A. Arguello, respectfully request that this Court enter judgment in their favor and consistent with their affirmative defenses.

## DEMAND FOR JURY TRIAL

Arguello Delivery and Cargo Corporation and Gustavo A. Arguello demand a trial by jury of all issues so properly triable.

Dated: December 14th, 2015                Respectfully submitted,

**ROBERTO E. MORAN, P.A.**
*Counsel for Arguello Delivery and Cargo Corporation and Gustavo A. Arguello*
2525 Ponce de Leon Boulevard
Suite 300
Coral Gables, Florida 33134
Tel: (305) 570-2333
Fax: (305) 570-2475
Email: rmoran@robertomoranlaw.com

By:/s/Roberto E. Moran
Roberto E. Moran, Esq.
Florida Bar No.: 59361

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 14th, 2015, I electronically filed this foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing upon the parties listed on the attached Service List.

                                         By: /s/Roberto E. Moran
                                            Roberto E. Moran, Esq..
                                            Florida Bar No. 59361

## SERVICE LIST
**Roberto Jose Huete v. Arguello Delivery and Cargo Corporation and Gustavo A. Arguello
CASE NO. 15-CV-23806-Altonaga/O'Sullivan**

Z.H. Zidell, Esq.
Z.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 940-7463

Attorney for Plaintiff
(*Served via transmission of Notice of Electronic Filing generated by CM/ECF*)