UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-23806-Altonaga/O'Sullivan

**ROBERTO JOSE HUETE, and all others
similarly situated under 29 U.S.C. 216(b)**
    **Plaintiff,**

vs.

**ARGUELLO DELIVERY AND CARGO
CORPORATION and GUSTAVO A.
ARGUELLO,**

    **Defendants**
_____/

## DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

Defendants, Arguello Delivery and Cargo Corporation and Gustavo A. Arguello (the "Arguello Defendants"), through their undersigned counsel, and in compliance with the Court's Order entered on December 9, 2015 [D.E. 15], hereby states as follows in response to Plaintiff, Roberto Jose Huete's (hereinafter referred to as either "Huete" or "Plaintiff") Statement of Claim:

1. Arguello Defendant deny they have violated the Fair Labor Standards Act of 1938, as amended, *29 U.S.C. 201, et. seq.* ("FLSA") and denies that Plaintiff is entitled to any relief, including overtime pay, liquidated damages, attorney's fees, and costs as described in Plaintiff's Statement of Claim.

2. Rather, the FLSA does not apply to Arguello Defendants as its annual sales do not exceed the sum of $500,000 and further, assuming that the FLSA did apply to Arguello Defendants, the motor carrier exception applies so as to exempt the Arguello Defendants' from under the FLSA.

3. Even if Plaintiff were entitled to prevail on his claims, which Arguello Defendants deny he can or will, Plaintiff miscalculates the relief that could be available to him in several respects:

   a. First, Plaintiff is not entitled to liquidated damages because even assuming, *arguendo*, that Arguello Defendants violated the FLSA, Arguello Defendants' acts or omissions giving rise to such violations were in good faith and with reasonable grounds for believing such acts or omissions were not in violation of the FLSA.

   b. Second, the amount of hours allegedly worked by Plaintiff in his Statement of Claim is grossly exaggerated and the estimate provided by Plaintiff have absolutely no factual basis. Plaintiff did not work an average of 50 hours per week.

4. Arguello Defendants' investigation of Plaintiff's claim is in its early stages and is ongoing. As discovery progresses, Arguello Defendants reserve the right to modify and supplement their response, to produce additional documents supporting its defenses, and to assert additional defenses.

Dated: December 14th, 2015                                 Respectfully submitted,

**ROBERTO E. MORAN, P.A.**
*Counsel for Arguello Delivery and Cargo Corporation and Gustavo A. Arguello*
2525 Ponce de Leon Boulevard
Suite 300
Coral Gables, Florida 33134
Tel: (305) 570-2333
Fax: (305) 570-2475
Email: rmoran@robertomoranlaw.com

By: /s/Roberto E. Moran
Roberto E. Moran, Esq.
Florida Bar No.: 59361

## CERTIFICATE OF SERVICE

      I hereby certify that on December 14th, 2015, I electronically filed this foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing upon the parties listed on the attached Service List.

      By: /s/Roberto E. Moran
      Roberto E. Moran, Esq..
      Florida Bar No. 59361

## SERVICE LIST
**Roberto Jose Huete v. Arguello Delivery and Cargo Corporation and Gustavo A. Arguello
CASE NO. 15-CV-23806-Altonaga/O'Sullivan**

Z.H. Zidell, Esq.
Z.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 940-7463

Attorney for Plaintiff
(*Served via transmission of Notice of Electronic Filing generated by CM/ECF*)