# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO.  15-23806-CIV-ALTONAGA/O'Sullivan

**ROBERTO JOSE HUETE**,

      Plaintiff,

v.

**ARGUELLO DELIVERY AND
CARGO CORPORATION**, *et al.*,

      Defendants.

_____/

## ORDER SCHEDULING MEDIATION

The Mediation Conference in this matter shall be held with Neil Flaxman, Esq., on February 23, 2016 at 9:30 A.M., at 80 SW 8th Street, Suite 3100, Miami, Florida 33130.  The parties are reminded that a report of their mediation must be filed within seven (7) days thereafter.

**ENTERED** this 26th day of January, 2016.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record