*CASE NO. 15-CV-23806-O'Sullivan*

**Statement of Facts in Support of Defendants' Motion for Summary Judgment**

**Filed in Support of Defendants' Motion for Summary Judgment**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 15-CV-23806-O'Sullivan**

**ROBERTO JOSE HUETE, and all others similarly situated under 29 U.S.C. 216(b),**

    **Plaintiff,**

vs.

**ARGUELLO DELIVERY AND CARGO CORPORATION and GUSTAVO A. ARGUELLO,**

    **Defendants.**

_____/

**STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    Defendants, Arguello Delivery and Cargo Corporation and Gustavo A. Arguello, (the "Arguello Defendants"), through their undersigned counsel, submit this "Statement of Facts" in support of their Motion for Summary Judgment, in accordance with Rule 56.1(a) of the Local Rules for the Southern District of Florida.

**INTRODUCTION**

    The Arguello Defendants submit this statement of material facts in support of their motion for summary judgment based on the Plaintiff's complete failure to rebut the evidence that the Arguello Defendants, for all of the material periods of time, did not have revenues in excess of $500,000, such that the Fair Labor Standards Act ("FLSA"), is inapplicable to the Arguello Defendants. In addition, the Plaintiff has failed to rebut the evidence that he was a driver of a commercial vehicle that transports goods for compensation, and of a weight in excess of 10,000 pounds, such that even if the Court were to deem the FLSA to apply to the Arguello Defendants, that nevertheless the motor carrier exemption would apply and exempt the Plaintiff from being

entitle to overtime compensation. The Plaintiff has failed to establish any summary judgment evidence in the record to rebut the Arguello Defendants' affirmative defenses such that summary judgment in favor the Arguello Defendants is appropriate.

## STATEMENT OF FACTS

1. The Plaintiff was hired as a driver by the Arguello Defendants on September 17, 2009. (Affidavit of Gustavo A. Arguello at ¶ 7).

2. The Plaintiff was a weekly salary of $550 for forty (40) hours of work per week, and at the time of his termination of employment was being paid $13.75 per hour as a downturn in business resulted in the Arguello Defendants no longer needing the Plaintiff to work forty (40) hours. *Id.*

3. The gross sales for Arguello Delivery in the year 2012 was $438,837.00. (Affidavit of Gustavo A. Arguello at ¶ 17)

4. The gross sales for Arguello Delivery in the year 2013was $390,799.00. (Affidavit of Gustavo A. Arguello at ¶ 18)

5. The gross sales for Arguello Delivery in the year 2014 was $342,709.00. (Affidavit of Gustavo A. Arguello at ¶ 19)

6. The gross sales for Arguello Delivery in the year 2015 was $290,925.00. (Affidavit of Gustavo A. Arguello at ¶ 20)

7. Each and every tax return of Arguello Delivery was prepared by a CPA and accurately reflect the gross revenues of the company. (Affidavit of Gustavo A. Arguello at ¶ 12)

8. Arguello Delivery is paid by its customers in the form of checks pursuant to specific invoices and Arguello Delivery does not accept cash payments of any kind to be made upon the invoices rendered. (Affidavit of Gustavo A. Arguello at ¶ 16)

9. The Plaintiff, during his employment by the Arguello Defendants, drove a 1999 white International Truck and a 1991 Isuzu Truck. (Affidavit of Gustavo A. Arguello at ¶ 22)

10. The International Truck driven by the Plaintiff had a net weight of 27,260 pounds. (Affidavit of Gustavo A. Arguello at ¶ 23)

11. The Isuzu Truck driven by the Plaintiff had a net weight of 13,733 pounds. (Affidavit of Gustavo A. Arguello at ¶ 23)

Dated: May 2nd, 2016

Respectfully submitted,

ROBERTO E. MORAN, P.A.
Counsel for Arguello Delivery and Cargo Corporation and Gustavo A. Arguello
2525 Ponce de Leon Boulevard
Suite 300
Coral Gables, Florida 33134
Tel: (305) 570-2333
Fax: (305) 570-2475
Email: rmoran@robertomoranlaw.com

By: /s/Roberto E. Moran
Roberto E. Moran, Esq.
Florida Bar No.: 59361

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2nd, 2016, this Statement of Facts in Support of Defendants' Motion for Summary Judgment was served upon the parties listed on the attached Service List.

By: /s/Roberto E. Moran
Roberto E. Moran, Esq..
Florida Bar No. 59361

## SERVICE LIST

**Roberto Jose Huete v. Arguello Delivery and Cargo Corporation and Gustavo A. Arguello
CASE NO. 15-CV-23806-O'Sullivan**

J.H. Zidell, Esq.
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 940-7463

Attorney for Plaintiff
(*Served via transmission of Notice of Electronic Filing generated by CM/ECF*)