*CASE NO. 15-CV-23806-O'Sullivan*

**Affidavit of Gustavo A. Arguello in Support of Motion for Summary Judgment**

**Filed in Support of Defendants' Motion for Summary Judgment**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-23806-O'Sullivan

ROBERTO JOSE HUETE, and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

vs.

ARGUELLO DELIVERY AND CARGO
CORPORATION and GUSTAVO A.
ARGUELLO,

    Defendants

_____/

## AFFIDAVIT OF GUSTAVO A. ARGUELLO IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT

Comes now, Gustavo A. Arguello, President of Arguello Delivery and Cargo Corporation, (hereinafter referred to as "Arguello Delivery"), who after being duly sworn deposes and states:

1. Affiant is over 18 years of age and provides this affidavit testimony in concert with and in support of the Motion for Summary Judgment filed on behalf of the Arguello Defendants.

2. Arguello Delivery is a duly formed Florida Corporation, incorporated by the affiant as a subscriber on June 8, 1995. The affiant has been the President of Arguello Delivery from the date of incorporation, and the affiant has served as Arguello Delivery's President continuously, since its formation in the State of Florida, through the date of the execution of this affidavit.

3. Further, at all times material to the operation of Arguello Delivery and continuously since its formation, Arguello Delivery has been in good standing with the Secretary of State in the State of Florida. In addition, Arguello Delivery has prompted filed all income tax returns with the United States Department of the Treasury (IRS).

4. The affiant has read the Motion for Summary Judgment to be filed by Arguello Delivery simultaneously with this affidavit, and said affiant has personal knowledge that each and every fact asserted in said Motion for Summary Judgment is true and correct.

5. The affiant has been the President of Arguello Delivery at all times material to the facts asserted within the Motion for Summary Judgment, and specifically the affiant has served Arguello Delivery as its President consistently and consecutively in the years 2012 up and through the execution of this affidavit.

6. The affiant, during the Plaintiff's, employment determined his salary and regulated and assigned the Plaintiff to his work tasks and duties. As such, the affiant has personal knowledge of all work and labor provided by the Plaintiff while he was working for Arguello Delivery.

7. The affiant knows that the Plaintiff was hired by Arguello Delivery as a driver on September 17, 2009. At the time the Plaintiff was hired as a driver, the affiant agreed to pay him a weekly salary of $550 for forty (40) hours of work per week. The Plaintiff worked as a driver for Arguello Delivery until on or about July 1, 2015, when he was terminated as an employee of Arguello Delivery due to a significant downturn in company business, and because various customers of Arguello Delivery had demanded that the Plaintiff no longer appear at their establishments or they would be forced to use a different company than Arguello Delivery for their transport needs. At the time that Delivery terminated, the Plaintiff was earning $13.75 per hour.

8. At the time of the execution of this affidavit by the affiant, the Plaintiff was not owed any monies for any time or hours worked by him for Arguello Delivery.

9. The affiant has personal knowledge of each customer of Arguello Delivery during the years 2012 through the present. The affiant has personal knowledge as to exactly how Arguello Delivery earns its revenues. In fact, each business day the affiant reviews the revenues received

by Arguello Delivery from its customers, and the affiant reviews and regularly monitors all payments received by Arguello Delivery from its customers.

10. The affiant has personal knowledge that each and every payment or receivable earned by Arguello Delivery is deposited into Arguello Delivery's bank on a regular basis. Further, each month, the affiant reviews the bank statements of Arguello Delivery to assure that all payments received from customers have been deposited into Arguello Delivery's bank.

11. In addition to being actively involved with the revenues of Arguello Delivery on a daily basis, the affiant hires the Certified Public Accountant to prepare all returns and reports required of Arguello Delivery by the United States Government, the Department of the Treasury (IRS) and the State of Florida.

12. The affiant studies and reviews each and every tax return prepared by Arguello Delivery's CPA and the affiant knows that every return filed in 2012 through 2015 is 100 percent accurate, and in particular every return accurately reflects the gross revenues of the company, referred to as Gross Sales.

13. The affiant has produced in the discovery of this case complete and accurate tax returns, which are referred to as form 1120S Annual Returns. Each return for the years 2012 through 2015 was prepared in the ordinary course of the operation of Arguello Delivery's business.

14. The affiant is intimate with the financial performance of Arguello Delivery for the years 2012 through 2015, and the affiant assigns and monitors the employees of Arguello Delivery.

15. The affiant assigns certain employees to drive certain trucks in order that Arguello Delivery provides the services that it is contracted for, and those services are invoiced to Arguello Delivery's customers. The affiant keeps track of which employees provide which delivery services and also determines which trucks should perform particular delivery services contract for.

16.  Further, the revenues of Arguello Delivery are determined and evidenced by check payments paid by the customers of Arguello Delivery, and those payments made by the customers are all made pursuant to specific invoices which charge the customers for the work performed by Arguello Delivery. Arguello Delivery does not accept cash payments of any kind to be made upon invoices rendered.

17.  The gross sales for Arguello Delivery in the year 2012 was $438,837.00.

18.  The gross sales for Arguello Delivery in the year 2013 was $390,799.00.

19.  The gross sales for Arguello Delivery in the year 2014 was $342,709.00.

20.  The gross sales for Arguello Delivery in the year 2015 was $290,925.00.

21.  The Arguello Delivery tax returns evidencing these gross sales have been produced to the Plaintiff in discovery and the relevant pages evidencing the gross sales are attached hereto as Composite Exhibit "A".

22.  During the time of employment of the Plaintiff, he drove the following two described motor vehicles: (1) a 1999 white International Truck, and (2) a 1991 Isuzu Truck, hereafter referred to as the "subject trucks". At all times the Plaintiff drove two subject trucks, which were furnished to the Plaintiff for his use delivering cargo for Arguello Delivery. Attached hereto as Exhibits "B" and "C" are true and correct copies of the Florida Vehicle Registrations.

23.  At all time that the Plaintiff operated the subject trucks, each of the subject trucks had a net vehicle weight in excess of 10,000 pounds. The weight of each truck is as follows: (1) the International truck had a net vehicle weight of 27,260 pounds, as exhibited by Exhibit B attached hereto, and (2) the Isuzu truck had a net vehicle weight of 13,733 pounds, as exhibited by Exhibit C attached hereto

24.  All of the statements made in this affidavit have been with personal knowledge.

**FURTHER AFFIANT SAYETH NAUGHT**

_____
Gustavo A. Arguello

**STATE OF FLORIDA** )
**COUNTY OF MIAMI-DADE** )

    BEFORE ME, the undersigned authority, personally appeared **Gustavo A. Arguello**, who is personally known to me or who has produced _____driver license_____ as identification, who took an oath and deposes and states that the foregoing matters are truthful and correct based on his personal knowledge and belief.

_____
NOTARY PUBLIC or DEPUTY CLERK



Notary Public State of Florida
Lillian E Gonzalez
My Commission FF 143884
Expires 07/28/2018

Lillian Gonzalez

[Print, type or stamp commissioned name of notary or deputy clerk.]

Respectfully submitted,

ROBERTO E. MORAN, P.A.
Counsel for Arguello Delivery and Cargo Corporation and Gustavo A. Arguello
2552 Ponce de Leon Boulevard
Suite 300
Coral Gables, Florida 33134
Tel: (305) 570-2333
Fax: (305) 570-2475
Email: rmoran@robertomoranlaw.com

By:/s/Roberto E. Moran
    Roberto E. Moran, Esq.
    Florida Bar No.: 59361

## CERTIFICATE OF SERVICE

I hereby certify that on May 2nd, 2016, Defendant's Affidavit in Support of the Motion for Summary Judgment was served upon the parties listed on the attached Service List.

By: /s/Roberto E. Moran
Roberto E. Moran, Esq..
Florida Bar No. 59361

## SERVICE LIST

**Roberto Jose Huete v. Arguello Delivery and Cargo Corporation and Gustavo A. Arguello
CASE NO. 15-CV-23806-O'Sullivan**

J.H. Zidell, Esq.
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 940-7463

Attorney for Plaintiff
(*Served via transmission of Notice of Electronic Filing generated by CM/ECF*)

# Form 1120S — U.S. Income Tax Return for an S Corporation — 2015

Department of the Treasury — Internal Revenue Service

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s.

For calendar year 2015 or tax year beginning _____, 2015, ending _____, 20 ___

| | | |
|---|---|---|
| **A** S election effective date: 06-08-1995 | **Name:** ARGUELLO DELIVERY AND CARGO CORP | **D** Employer identification number: 65-0590945 |
| **B** Business activity code number: 484110 | **Number, street, and room or suite no.:** 955 SW 128 CT | **E** Date incorporated: 06-08-1995 |
| **C** Check if Sch. M-3 attached: ☐ | **City, state, ZIP:** MIAMI FL 33182 | **F** Total assets: $ 0 |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes  ☒ No
**H** Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation
**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ 1

Caution. Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| Line | Description | Amount |
|---|---|---:|
| 1a | Gross receipts or sales | 290,925 |
| 1b | Returns and allowances | |
| 1c | Balance. Subtract line 1b from line 1a | 290,925 |
| 2 | Cost of goods sold (attach Form 1125-A) | 53,759 |
| 3 | Gross profit. Subtract line 2 from line 1c | 237,166 |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | |
| 5 | Other income (loss) (see instructions - attach statement) | |
| 6 | Total income (loss). Add lines 3 through 5 | 237,166 |

### Deductions (see instructions for limitations)

| Line | Description | Amount |
|---|---|---:|
| 7 | Compensation of officers (see instructions - attach Form 1125-E) | |
| 8 | Salaries and wages (less employment credits) | 48,933 |
| 9 | Repairs and maintenance | 19,875 |
| 10 | Bad debts | |
| 11 | Rents | 3,024 |
| 12 | Taxes and licenses   ATT. STL. | 5,106 |
| 13 | Interest | |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | |
| 15 | Depletion (Do not deduct oil and gas depletion.) | |
| 16 | Advertising | |
| 17 | Pension, profit-sharing, etc., plans | |
| 18 | Employee benefit programs | |
| 19 | Other deductions (attach statement)   Statement #2. | 154,652 |
| 20 | Total deductions. Add lines 7 through 19 | 231,590 |
| 21 | Ordinary business income (loss). Subtract line 20 from line 6 | 5,576 |

### Tax and Payments

| Line | Description | Amount |
|---|---|---:|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | |
| 22b | Tax from Schedule D (Form 1120S) | |
| 22c | Add lines 22a and 22b (see instructions for additional taxes) | |
| 23a | 2015 estimated tax payments and 2014 overpayment credited to 2015 | |
| 23b | Tax deposited with Form 7004 | |
| 23c | Credit for federal tax paid on fuels (attach Form 4136) | |
| 23d | Add lines 23a through 23c | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | |
| 27 | Enter amount from line 26 Credited to 2016 estimated tax ▶ _____  Refunded ▶ | |

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**Sign Here:** GUSTAVO ARGUELLO — PRESIDENT

May the IRS discuss this return with the preparer shown below (see instructions)?  ☒ Yes  ☐ No

### Paid Preparer Use Only

| | |
|---|---|
| Print/Type preparer's name: FULTON ABRAHAM CPA | Preparer's signature: FULTON ABRAHAM CPA |
| Date: 03-29-2016 | Check if self-employed: ☐ |
| PTIN: P01067369 | |
| Firm's name: ▶ FAS CPA & CONSULTANTS | Firm's EIN ▶ 45-3737982 |
| Firm's address: ▶ 9010 SW 137 AVE SUITE 201, Miami FL 33186 | Phone no.: (305) 332-3898 |

For Paperwork Reduction Act Notice, see separate instructions.
EEA
Form **1120S** (2015)

*Huete v Arguello Delivery*
*Composite Exhibit A to*
*Affidavit of Gustavo Arguello*

# Form 1120S — U.S. Income Tax Return for an S Corporation

Department of the Treasury — Internal Revenue Service

OMB No. 1545-0123

**2014**

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s.

For calendar year 2014 or tax year beginning _____, 2014, ending _____, 20___

| | |
|---|---|
| **A** S election effective date: 06-08-1995 | **D** Employer identification number: 65-0590945 |
| **B** Business activity code number: 484110 | **E** Date incorporated: 06-08-1995 |
| **C** Check if Sch. M-3 attached: ☐ | **F** Total assets: $ 23,418 |

Name: ARGUELLO DELIVERY AND CARGO CORP
Number, street, and room or suite no.: 955 SW 128 CT
City or town, state, ZIP: MIAMI FL 33182

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No
**H** Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination or revocation
**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ 1

**Caution.** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales | 342,709 |
| 1b | Returns and allowances | |
| 1c | Balance. Subtract line 1b from line 1a | 342,709 |
| 2 | Cost of goods sold (attach Form 1125-A) | 36,491 |
| 3 | Gross profit. Subtract line 2 from line 1c | 306,218 |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | |
| 5 | Other income (loss) (see instructions - attach statement) | |
| 6 | Total income (loss). Add lines 3 through 5 | 306,218 |

### Deductions (See instructions for limitations)

| Line | Description | Amount |
|---|---|---|
| 7 | Compensation of officers (see instructions - attach Form 1125-E) | |
| 8 | Salaries and wages (less employment credits) | 26,263 |
| 9 | Repairs and maintenance | 1,273 |
| 10 | Bad debts | |
| 11 | Rents | 1,225 |
| 12 | Taxes and licenses     ATT.STL | 6,244 |
| 13 | Interest | |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | |
| 15 | Depletion (Do not deduct oil and gas depletion.) | |
| 16 | Advertising | 209 |
| 17 | Pension, profit-sharing, etc., plans | |
| 18 | Employee benefit programs | |
| 19 | Other deductions (attach statement)     Statement #2 | 245,829 |
| 20 | Total deductions. Add lines 7 through 19 | 281,043 |
| 21 | Ordinary business income (loss). Subtract line 20 from line 6 | 25,175 |

### Tax and Payments

| Line | Description | Amount |
|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | |
| 22b | Tax from Schedule D (Form 1120S) | |
| 22c | Add lines 22a and 22b (see instructions for additional taxes) | |
| 23a | 2014 estimated tax payments and 2013 overpayment credited to 2014 | |
| 23b | Tax deposited with Form 7004 | |
| 23c | Credit for federal tax paid on fuels (attach Form 4136) | |
| 23d | Add lines 23a through 23c | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | |
| 27 | Enter amount from line 26 Credited to 2015 estimated tax ▶ _____ Refunded ▶ | |

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**Sign Here:** GUSTAVO ARGUELLO — PRESIDENT
Signature of officer / Date / Title

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

### Paid Preparer Use Only

| | |
|---|---|
| Print/Type preparer's name: FULTON ABRAHAM CPA | Preparer's signature: FULTON ABRAHAM CPA |
| Date: 03-13-2015 | Check if self-employed ☐ |
| PTIN: P01067369 | |
| Firm's name: FULTON ABRAHAM SANCHEZ CPA PA | Firm's EIN: 45-3737982 |
| Firm's address: 9010 SW 137 AVE SUITE 201, Miami FL 33186 | Phone no.: (305) 332-3898 |

For Paperwork Reduction Act Notice, see separate instructions.

Form 1120S (2014)
EEA

| Form **1120S** | | U.S. Income Tax Return for an S Corporation | | OMB No. 1545-0130 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. ▶ Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s. | | **2013** |

For calendar year 2013 or tax year beginning _____, 2013, ending _____

| | | | | |
|---|---|---|---|---|
| **A** S election effective date 06/08/95 | **TYPE OR PRINT** | Name ARGUELLO DELIVERY AND CARGO, CORP. | **D** Employer identification number 65-0590945 | |
| **B** Business activity code number (see instrs) 484110 | | Number, street, and room or suite no. If a P.O. box, see instructions. 955 NW 128 COURT | **E** Date incorporated 06/08/95 | |
| **C** Check if Schedule M-3 attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code MIAMI                FL 33182 | **F** Total assets (see instructions) $ 30,237. | |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No   If 'Yes,' attach Form 2553 if not already filed
**H** Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination or revocation
**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . ▶ 1

**Caution.** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### INCOME

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1a | 390,799. | |
| b | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1b | | |
| c | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1c | 390,799. |
| 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 390,799. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Other income (loss) (see instrs — att statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 6 | 390,799. |

### DEDUCTIONS (SEE INSTRUCTIONS)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instructions - attach Form 1125-E) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | |
| 8 | Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | 99,850. |
| 9 | Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | |
| 10 | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 | |
| 11 | Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | 18,203. |
| 12 | Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 | |
| 13 | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13 | |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . . . . . . . . . . . . . . . . | 14 | 0. |
| 15 | Depletion **(Do not deduct oil and gas depletion.)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15 | |
| 16 | Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | |
| 17 | Pension, profit-sharing, etc, plans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 | |
| 18 | Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | |
| 19 | Other deductions (attach statement) . . . . . STMT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 | 276,030. |
| 20 | **Total deductions.** Add lines 7 through 19 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 20 | 394,083. |
| 21 | Ordinary business income (loss). Subtract line 20 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | -3,284. |

### TAX AND PAYMENTS

| | | | | |
|---|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) . . . . . . . . . . . . . . . | 22a | | |
| b | Tax from Schedule D (Form 1120S) . . . . . . . . . . . . . . . . . . . . . . . | 22b | | |
| c | Add lines 22a and 22b (see instructions for additional taxes) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 22c | |
| 23a | 2013 estimated tax payments and 2012 overpayment credited to 2013 . . . . . | 23a | | | |
| b | Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . . . . . . . . . | 23b | | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) . . . . . . . . . . . . . | 23c | | | |
| d | Add lines 23a through 23c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . . . . . . . . . . . . . . ▶ ☐ | | 24 | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed . . . . . . . . . . . . . . | | 25 | |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid . . . . . . . . . . | | 26 | |
| 27 | Enter amount from line 26 Credited to 2014 estimated tax ▶ _____ Refunded ▶ | | 27 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ [signature]   3-9/14   ▶ PRESIDENT
Signature of officer   Date   Title

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

| Paid Preparer Use Only | Print/Type preparer's name EDUARDO J. BOVEA | Preparer's signature EDUARDO J. BOVEA | Date 03/09/14 | Check if self-employed ☐ | PTIN P00095686 |
|---|---|---|---|---|---|
| | Firm's name ▶ BOVEA ACCOUNTING & FIN. SVCS., CORP. | | | Firm's EIN ▶ 65-0752615 | |
| | Firm's address ▶ 13944 SW 8TH STREET STE 214 MIAMI                                  FL 33184-3052 | | | Phone no. (305) 225-5229 | |

BAA For Paperwork Reduction Act Notice, see separate instructions.   SPSA0112 01/15/14   Form **1120S** (2013)

| Form **1120S** | | | U.S. Income Tax Return for an S Corporation | | | OMB No. 1545-0130 |
|---|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | | ▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.<br>▶ Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s. | | | **2012** |

For calendar year 2012 or tax year beginning _____, 2012, ending _____

| A | S election effective date<br>06/08/95 | TYPE<br>OR<br>PRINT | Name<br>ARGUELLO DELIVERY AND CARGO, CORP. | D | Employer identification number<br>65-0590945 |
|---|---|---|---|---|---|
| B | Business activity code number (see instrs)<br>484110 | | Number, street, and room or suite no. If a P.O. box, see instructions.<br>955 NW 128 COURT | E | Date incorporated<br>06/08/95 |
| C | Check if Schedule M-3 attached ☐ | | City or town, state, and ZIP code<br>MIAMI        FL  33182 | F | Total assets (see instructions)<br>$ 33,521. |

G Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No   If 'Yes,' attach Form 2553 if not already filed

H Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change
           (4) ☐ Amended return  (5) ☐ S election termination or revocation

I Enter the number of shareholders who were shareholders during any part of the tax year .................... ▶ 1

**Caution.** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### INCOME

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 438,837. |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 438,837. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 438,837. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (see instrs — att statement) | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 ▶ | 6 | 438,837. |

### DEDUCTIONS (SEE INSTRS)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers | 7 | |
| 8 | Salaries and wages (less employment credits) | 8 | 104,650. |
| 9 | Repairs and maintenance | 9 | |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | 18,078. |
| 12 | Taxes and licenses | 12 | |
| 13 | Interest | 13 | |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 576. |
| 15 | Depletion (Do not deduct oil and gas depletion.) | 15 | |
| 16 | Advertising | 16 | |
| 17 | Pension, profit-sharing, etc, plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach statement) *STMT | 19 | 308,765. |
| 20 | **Total deductions.** Add lines 7 through 19 ▶ | 20 | 432,069. |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | 6,768. |

### TAX AND PAYMENTS

| | | | |
|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| b | Tax from Schedule D (Form 1120S) | 22b | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| 23a | 2012 estimated tax payments and 2011 overpayment credited to 2012 | 23a | |
| b | Tax deposited with Form 7004 | 23b | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| d | Add lines 23a through 23c | 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 24 | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| 27 | Enter amount from line 26 Credited to 2013 estimated tax ▶ _____ Refunded ▶ | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____ _____ ▶ PRESIDENT
Signature of officer    Date    Title

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed | PTIN |
|---|---|---|---|---|
| EDUARDO J. BOVEA | EDUARDO J. BOVEA | 02/07/13 | ☐ | P00095686 |

Firm's name ▶ BOVEA ACCOUNTING & FIN. SVCS., CORP.     Firm's EIN ▶ 65-0752615
Firm's address ▶ 13944 SW 8TH STREET STE 214
                 MIAMI                      FL 33184-3052   Phone no. (305) 225-5229

BAA  For Paperwork Reduction Act Notice, see separate instructions.     SPSA0112  12/30/12     Form 1120S (2012)

# FLORIDA TRUCK/TRACTOR REGISTRATION

CO/AGY   1  / 7     T#  886960908
B#  1129503

| PLATE | **822ISN** | DECAL | **17912462** | Expires | **Midnight Sat 12/31/2016** | | | |
|---|---|---|---|---|---|---|---|---|

| YR/MK | **1999/INTL** | BODY | **TR** | COLOR | **WHI** | Reg. Tax | 792.10 | Class Code | 41 |
| VIN | **1HSHBATN7XH607008** | | | TITLE | **73651400** | Init. Reg. | | Tax Months | 12 |
| Plate Type | **RGS** | NET WT | **27260** | GVW | **52000** | County Fee | 3.00 | Back Tax Mos | |
| | | | | | | Mail Fee | | Credit Class | |
| DL/FEID | **-** | | | | | Sales Tax | | Credit Months | |
| Date Issued | **12/30/2015** | Plate Issued | **10/5/2007** | | | Voluntary Fees | | | |
| | | | | | | Grand Total | 795.10 | | |

**ARGUELLO DELIVERY AND CARGO CORPORATION**
**955 NW 128 CT**
**MIA, FL  33182**

IMPORTANT INFORMATION

1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 20 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration.  Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

**RGS - SUNSHINE STATE**

*Huete v Arguello Delivery*
*Exhibit B to Gustavo Arguello Affidavil*

# FLORIDA VEHICLE REGISTRATION

CO/AGY  1  / 7  T#  886959803
B#  1129498

PLATE **DKST52**   DECAL **17911987**   Expires **Midnight Sat 12/31/2016**

| YR/MK | 1991/ISU | BODY | TK | COLOR | WHI | Reg. Tax | 270.10 | Class Code | 41 |
|---|---|---|---|---|---|---|---|---|---|
| VIN | JALH6A1N0M3103102 | | | TITLE | 63497486 | Init. Reg. | | Tax Months | 12 |
| Plate Type | RGS | NET WT | 13733 | GVW | 22000 | County Fee | 3.00 | Back Tax Mos | |
| | | | | | | Mail Fee | | Credit Class | |
| DL/FEID | - | | | | | Sales Tax | | Credit Months | |
| Date Issued | 12/30/2015 | Plate Issued | 1/5/2015 | | | Voluntary Fees | | | |
| | | | | | | Grand Total | 273.10 | | |

ARGUELLO DELIVERY AND CARGO CORPORATION
955 NW 128 CT
MIA, FL 33182

IMPORTANT INFORMATION
1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 20 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

RGS - SUNSHINE STATE

*Huete v Arguello Delivery*
*Exhibit C to Gustavo Arguello Affidavit*