# United States District Court

SOUTHERN DISTRICT OF FLORIDA – MIAMI-DADE DIVISION

| | |
|---|---|
| ROBERTO JOSE HUETE,<br><br>    Plaintiff,<br><br>v.<br><br>ARGUELLO DELIVERY AND CARGO CORPORATION, et al.,<br><br>    Defendants. | **PLAINTIFF'S EXHIBIT LIST**<br><br>CASE NO.: 15-23806-CIV-O'Sullivan |
| PRESIDING JUDGE<br>Honorable<br>O'SULLIVAN | PLAINTIFF'S ATTORNEY<br>J.H. Zidell<br>J.H. Zidell P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | DEFENDANT'S ATTORNEY<br>Roberto Enrique Moran<br>Roberto E. Moran, P.A.<br>2525 Ponce de Leon Boulevard<br>Suite 300<br>Coral Gables, FL 33134 |
| TRIAL DATE(S)<br>September 6, 2016 | | |

| PLF. NO | Defendants Objections | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* and Defendants' Objections |
|---|---|---|---|---|---|
| 1 | | | | | Copies of paychecks |
| 2 | | | | | Monthly Log Books |
| 3 | | | | | Any and all documents and/or transcript used for impeachment and/or rebuttal purposes |
| 4 | | | | | Any and all documents introduced by Defendant and/or included in Defendant's exhibit list without waiving any objections to same |
| 5 | | | | | Earnings Statement |

---

Huete v. Arguello Delivery and Cargo Corporation Exhibit List