UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-23806-O'Sullivan

ROBERTO JOSE HUETE, and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

vs.

ARGUELLO DELIVERY AND CARGO
CORPORATION and GUSTAVO A.
ARGUELLO,

    Defendants
_____ _____/

## WITNESS LIST OF DEFENDANTS', ARGUELLO DELIVERY AND CARGO CORPORATION AND GUSTAVO A. ARGUELLO,

Defendants, Arguello Delivery and Cargo Corporation and Gustavo A. Arguello (the "Arguello Defendants"), through their undersigned counsel, file their list of witnesses and exhibits in anticipation of the jury trial in this cause and state:

**Witnesses**. The name, address, and telephone number of each individual likely to testify at the jury trial of this cause: The Defendants reserve the right to call all witnesses listed on the witness list of the Plaintiff, and reserve the right to call rebuttal witnesses.

| Name of Individual Likely to have Discoverable Information | Contact Information (Address and Telephone Number) | Subject Matter of Testimony |
|---|---|---|
| Gustavo A. Arguello | c/o Roberto E. Moran, Esq. 2525 Ponce de Leon Blvd. Suite 300 Coral Gables, FL 33134 (305) 570-2333 | All issues pertaining to employment of the Plaintiff, including hiring, retention, dismissal and all employment records of the Plaintiff. The services provided by Arguello Delivery and Cargo Corporation and specifically the exact duties delegated to the Plaintiff as an employee. The exact types of vehicles |

| | | |
|---|---|---|
| | | operated by the Plaintiff during the time of his employment. |
| Roberto Jose Huete | c/o J.H. Zidell, Esq.<br>J.H. Zidell, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, Florida 33141<br>Tel: (305) 865-6766 | All claims brought against the Arguello Defendants |
| Jose Luis Arguello | c/o Roberto E. Moran Esq<br>2525 Ponce De Leon Blvd<br>Suite 300<br>Coral Gables, Fl. 33034<br>(305) 570-2333 | All issues pertaining to employment of the Plaintiff, including hiring, retention, dismissal and all employment records of the Plaintiff.<br>The services provided by Arguello Delivery and Cargo Corporation and specifically the exact duties delegated to the Plaintiff as an employee. |

**Documents and things**. Copies, or description of all exhibits to be proffered in evidence of this cause during the jury trial are: The Defendants reserve the right to proffer documents contained on the witness list of the Plaintiffs and reserve the right to proffer rebuttal documents.

| **Category**<br>**of Document, Electronically Stored**<br>**Information, or Tangible Thing** | **Location**<br>**of Document, Electronically Stored**<br>**Information, or Tangible Thing** |
|---|---|
| Employee Records for Roberto Jose Huete from Arguello Delivery and Cargo Corporation | In possession of Arguello Defendants-<br>**Plaintiff objection: Disco violation, R, H, I, A** |
| Payroll Records from ADP | In possession of Arguello Defendants; there may be other such documents solely in the possession of ADP<br>**Plaintiff objection: Disco violation, R, H, I, A** |
| Federal tax returns for Arguello Delivery and Cargo Corporation (may be moot by summary judgment) | In possession of Arguello Defendants |
| Vehicle Registrations (all produced in discovery) | In possession of Arguello Defendants |

Dated: July 29, 2016                        Respectfully submitted,

                                                         ROBERTO E. MORAN, P.A.<br>
                                                         Counsel for Arguello Delivery and Cargo<br>
                                                         Corporation and Gustavo A. Arguello

        2555 Ponce de Leon Boulevard
        Suite 600
        Coral Gables, Florida 33134
        Tel: (305) 476-7100
        Fax: (305) 476-7102
        Email: rmoran@robertomoranlaw.com

By:/s/Roberto E. Moran
    Roberto E. Moran, Esq.
    Florida Bar No.: 59361

## CERTIFICATE OF SERVICE

    I hereby certify that on July 29th, 2016, that a true and correct copy of the foregoing was served via electronic mail on all counsel or parties of record on the below Service List.

By: /s/Roberto E. Moran
    Roberto E. Moran, Esq..
    Florida Bar No. 59361

## **SERVICE LIST**
**Sergio A. Castillo v. Arguello Delivery and Cargo Corporation and Gustavo A. Arguello
CASE NO. 14-CV-24031-Ungaro/Otazo-Reyes**

J.H. Zidell, Esq.
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 940-7463

Attorneys for Plaintiff
(*Served via Electronic Mail*)