UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-23806-CIV-O'SULLIVAN
[CONSENT]

ROBERTO JOSE HUETE,
    Plaintiff,

v.

ARGUELLO DELIVERY AND CARGO
CORPORATION and GUSTAVO A.
ARGUELLO,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court following a final pretrial conference on August 4, 2016. Having heard from both parties and for the reasons stated on the record, it is

ORDERED AND ADJUDGED that with respect to defendants' exhibit 1 (plaintiff's employment records) and exhibit 2 (payroll records from ADP), the defendants shall compile these exhibits and provide copies to the plaintiff no later than **Tuesday, August 23, 2016**. The parties shall be prepared to address any objections at the August 30, 2016 calendar call. It is

ORDERED AND ADJUDGED that the parties shall revise the proposed jury instructions as discussed in Court. The parties shall file the revised jury instructions on the docket and email a copy of the revised proposed jury instructions to o'sullivan@flsd.uscourts.gov.

DONE AND ORDERED in Chambers at Miami, Florida this **4th** day of August 2016.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record