UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-23806-CIV-O'SULLIVAN
[CONSENT]

ROBERTO JOSE HUETE,
    Plaintiff,

v.

ARGUELLO DELIVERY AND CARGO
CORPORATION and GUSTAVO A.
ARGUELLO,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Notice of Settlement (DE# 52, 9/1/16) filed by the plaintiff. Accordingly, it is

ORDERED AND ADJUDGED that the jury trial set to commence on Tuesday, September 6, 2016 before the undersigned is **CANCELLED**. It is further

ORDERED AND ADJUDGED that a fairness hearing pursuant to <u>Lynn Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Monday, September 12, 2016**, at **3:30 p.m.,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion.

DONE AND ORDERED in Chambers at Miami, Florida this **1st** day of September 2016.

                                                                                               _____
                                                                                              JOHN J. O'SULLIVAN
                                                                                            UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record